UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

KATREANIA BROWN,

Plaintiff, CASE NO.

v.

JACOB ROTH, and
MICHAEL STELTER,

Defendants.

---

**DEFENDANTS JACOB ROTH AND MICHAEL STELTER'S NOTICE OF REMOVAL**

---

PLEASE TAKE NOTICE that the Defendants, Jacob Roth and Michael Stelter, by their attorneys, WIRTH + BAYNARD, hereby remove Milwaukee County Circuit Court Case No. 26-CV-008906, captioned *Katreania Brown v. Jacob Roth and Michael Stelter,* from the Milwaukee County Circuit Court to the United States District Court for the Eastern District of Wisconsin. The grounds for removal are:

1. This action commenced on September 30, 2026. Jacob Roth and Michael Stelter were served on or about October 19, 2026. The Complaint asserts federal civil rights claims alleging the Defendants acted contrary to 42 U.S.C. § 1983 and the Fourth Amendment of the Constitution of the United States of America while acting under color of law. *See* (Complaint ¶ 1)

2. Plaintiff alleges violations of the Fourth Amendment of the Constitution of the United States of America specifically at p. 9 ¶ 36 that she suffered excessive force; and at p. 11 ¶ 49 that she suffered an unlawful entry force contrary to her constitutional rights. Therefore this

Court has original jurisdiction over these claims under the Fourth Amendment of the Constitution of the United States.

3. Venue is properly before this Court because the City of Milwaukee, where this claim arose, is located in the Eastern District of Wisconsin.

4. The Defendants seek removal pursuant to 28 U.S.C. § 1441(c) on the grounds that this Court has original jurisdiction over Plaintiff's federal civil rights claim and supplemental jurisdiction over any other claims.

5. A copy of the Summons and Complaint is attached to this Notice of Removal.

Dated at Wauwatosa, Wisconsin, this 2nd day of November 2026.

WIRTH + BAYNARD
Attorneys for Defendants

By: /s/ *Jasmyne M. Baynard*____________

Jasmyne M. Baynard, SBN 1099898
9898 W Bluemound Road, Suite 2
Wauwatosa, WI 53226
Telephone: (414) 291-7979
E-mail: jmb@wbattys.com